Thaddeus B. Brown, for appellants; no appearance for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

**Julius Kelly, Plaintiff-Appellee, v. Charles Kelly, Trading as Cicero Pressing Machine Service, Defendant-Appellant.**

Gen. No. 45,480.

Alfred M. Loeser, for appellant; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

**Ruth Achilli and Gertrude A. Gromer, Trading as Elgin Acceptance Company, Appellants, v. Paul M. Alongi, Appellee.**

Gen. No. 45,533.

Mitchell Kilanowski, for appellants; Leonard Schanfield, for appellee; Abbell, Portes & Schanfield, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.

Charles C. Banko, Appellant, v. Harold Krist, Fred Bruining, William Babcock and Edward Hrej, Appellees.

Gen. No. 45,629.

Korean Movsisian, for appellant; William A. Torok, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.